UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:24-CR-24-CDL |
| | : | |
| v. | : | |
| | : | |
| DETAVIES BROWN, | : | |
| Defendant | : | |
| | : | |

### ORDER

Defendant was indicted on September 11, 2024, and arraigned on September 25, 2024. Docs. 1, 11. A pretrial conference is currently scheduled for October 15, 2025. Doc. 10. Defendant has made an unopposed motion to continue this matter until the March 2025 trial term. Doc. 18. Specifically, Defendant needs additional time to resolve scheduling conflicts, review discovery, conduct any additional investigation necessary to a defense, discuss discovery and possible defenses with the Defendant, and discuss and negotiate a potential resolution in this matter with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the March 2025 term of court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(7)(A)-(B). The delay occasioned by this continuance shall not be considered in

calculating the speedy trial deadline under the Speedy Trial Act.

    SO ORDERED, this 11th day of October 2024.

                                         S/Clay D. Land
                                         CLAY D. LAND
                                         U.S. DISTRICT COURT JUDGE
                                         MIDDLE DISTRICT OF GEORGIA